IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| WMG SERVICES, LLC,<br>A Massachusetts limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>IOWA RENEWABLE ENERGY, LLC,<br>An Iowa limited liability company, and<br>GAVILON, LLC, a Delaware limited liability company,<br><br>    Defendants. | No. 4:13-cv-353 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

As required by LR 7.1 and LR 81.c, .d, and .e, Plaintiff WMG Services, LLC provides the following information to the Court:

a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Plaintiff's outcome in the case:

    1. World Management Group, LLC.

    2. World Asset Management, LLC.

b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

World Management Group, LLC is the parent entity of the Plaintiff. World Asset Management, LLC is another subsidiary of World Management Group, LLC.

BELIN McCORMICK, P.C.

By _____
   David Swinton

666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
Telephone:  (515) 283-4665
Facsimile: (515) 558-0665
Email:  dmswinton@belinmccormick.com

BELIN\W0872\0001\01628615